IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02463-WDM-MEH

DENVER FIRST CHURCH OF THE NAZARENE,

    Plaintiff,

v.

CHERRY HILLS VILLAGE, a Colorado home rule town,
THE CITY COUNCIL OF CHERRY HILLS VILLAGE,
MAYOR DOUGLAS SCOTT,
BONNIE BLUM,
FRED BOUTIN,
VIOLA LAHANA,
JOHN T. LOVE,
CATHY POMEROY,
DOUGLAS TISDALE, and
MIKE WOZNIAK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 29, 2006.**

    Defendants have filed a motion seeking a stay of certain discovery which this Court ordered to be produced after denying Defendants' Motion for Protective Order. In response, Plaintiff contends that although it initially sought this information, it has not pressed Defendants for this discovery after Defendants filed their appeal. Thus, Plaintiff argues that a stay is unnecessary. The Court agrees, and believes that, although possibly unintentionally, Defendants failed to properly confer before filing this motion. Accordingly, Defendant's Motion to Stay Certain Discovery [Filed August 17, 2006; Docket #45] is **denied** without prejudice for failure to comply with D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer.

    Nevertheless, the Court believes that pursuant to D.C.Colo.L.Civ.R. 30.2, the issues presented in Defendants' Motion for Protective Order will not be resolved until an order has issued by the District Judge on the pending appeal.