IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02463-WDM-MEH

DENVER FIRST CHURCH OF THE NAZARENE,

    Plaintiff,

v.

CHERRY HILLS VILLAGE, a Colorado home rule town,
THE CITY COUNCIL OF CHERRY HILLS VILLAGE,
MAYOR DOUGLAS SCOTT,
BONNIE BLUM,
FRED BOUTIN,
VIOLA LAHANA,
JOHN T. LOVE,
CATHY POMEROY,
DOUGLAS TISDALE, and
MIKE WOZNIAK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 25, 2006.**

Plaintiff's Motion for Modification of Scheduling Order [Filed September 29, 2006; Docket #67]; and Defendants' Unopposed Motion for Modification of Scheduling Order [Filed October 19, 2006; Docket #79] are **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Fact discovery deadline: | January 15, 2007 |
| Expert discovery deadline: | February 15, 2007 |
| Dispositive Motion deadline: | February 15, 2007 |