IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02463-WDM-MEH

DENVER FIRST CHURCH OF THE NAZARENE,

      Plaintiff,

v.

CHERRY HILLS VILLAGE, a Colorado home rule town,
THE CITY COUNCIL OF CHERRY HILLS VILLAGE,
MAYOR DOUGLAS SCOTT,
BONNIE BLUM,
FRED BOUTIN,
VIOLA LAHANA,
JOHN T. LOVE,
CATHY POMEROY,
DOUGLAS TISDALE, and
MIKE WOZNIAK,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 28, 2006.**

Based upon the parties' agreement, and the entire record herein, the Stipulated Motion for Protective Order [Filed December 18, 2006; Docket #92] is **granted**. The Court will sign the Protective Order and enter it on the record.