IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02463-WDM-MEH

DENVER FIRST CHURCH OF THE NAZARENE,

    Plaintiff,

v.

CHERRY HILLS VILLAGE, a Colorado home rule town,
THE CITY COUNCIL OF CHERRY HILLS VILLAGE,
MAYOR DOUGLAS SCOTT,
BONNIE BLUM,
FRED BOUTIN,
VIOLA LAHANA,
JOHN T. LOVE,
CATHY POMEROY,
DOUGLAS TISDALE, and
MIKE WOZNIAK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 29, 2007.**

    Defendant's Motion for Second Modification of Scheduling Order [Filed January 12, 2007; Docket #100] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Fact discovery deadline: | March 15, 2007 |
| Expert discovery deadline: | March 15, 2007 |
| Dispositive motion deadline: | April 9, 2007 |

    Good cause has not been established for the time frame Defendants seek at this time. The deadline for rebuttal experts for defendants is reset to February 16, 2007.