IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02463-WDM-MEH

DENVER FIRST CHURCH OF THE NAZARENE,

     Plaintiff,

v.

CHERRY HILLS VILLAGE, a Colorado home rule town,
THE CITY COUNCIL OF CHERRY HILLS VILLAGE,
MAYOR DOUGLAS SCOTT,
BONNIE BLUM,
FRED BOUTIN,
VIOLA LAHANA,
JOHN T. LOVE,
CATHY POMEROY,
DOUGLAS TISDALE, and
MIKE WOZNIAK,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 6, 2007.**

     Based on the pending settlement of this matter, and the ongoing negotiations, Plaintiff's Motion to Compel Production of Fed. R. Civ. P. 26(a)(2) Expert Reports – or in the Alternative, to Strike the Designations of Certain Witnesses Disclosed by Defendants, and to Extend the Period within which to Designate Rebuttal Experts [Filed December 27, 2006; Docket #94] is **denied without prejudice**.