IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02463-WDM-MEH

DENVER FIRST CHURCH OF THE NAZARENE,

      Plaintiff,

v.

CHERRY HILLS VILLAGE, a Colorado home rule town,
THE CITY COUNCIL OF CHERRY HILLS VILLAGE,
MAYOR DOUGLAS SCOTT,
BONNIE BLUM,
FRED BOUTIN,
VIOLA LAHANA,
JOHN T. LOVE,
CATHY POMEROY,
DOUGLAS TISDALE, and
MIKE WOZNIAK,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 23, 2007.**

      To enable the parties to direct their efforts to the settlement of this matter without endlessly delaying this case, Defendants' Motion to Stay Scheduling Order Deadlines [Filed February 12, 2007; Docket #110] is **granted** in part and **denied** in part as follows:

      The parties are directed to submit either a Joint Motion to Stay or a status report regarding the status of negotiations no later than **March 14, 2007**.

      In the event that a Joint Motion to Stay has not been filed, Defendants' rebuttal expert reports are to be submitted no later than **March 23, 2007**.