IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02463-WDM-MEH

DENVER FIRST CHURCH OF THE NAZARENE,

    Plaintiff,

v.

CHERRY HILLS VILLAGE, et al.,

    Defendants.
_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

    In accordance with the Joint Motion to Administratively Close Action filed May 3, 2007, this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause. If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before May 5, 2008, this case shall be automatically dismissed without prejudice.

    DATED at Denver, Colorado, on May 7, 2007.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States District Judge

PDF FINAL